UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3010
_____

BRADLEY BEERS;
JOSEPH DIVITA*,
                                        Appellants

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
DEPARTMENT OF JUSTICE; UNITED STATES BUREAU OF ALCOHOL
TOBACCO FIREARMS & EXPLOSIVES; THOMAS E. BRANDON, Deputy Director
of the ATF; RONALD B. TURK, Associates Deputy Director/ Chief Operating Office of
the ATF; FEDERAL BUREAU OF INVESTIGATION; DIRECTOR FEDERAL
BUREAU OF INVESTIGATION; UNITED STATES OF AMERICA;
PENNSYLVANIA ATTORNEY GENERAL; PENNSYLVANIA STATE POLICE;
TYREE BLOCKER, Commissioner of the Pennsylvania State Police; EDWARD
DONNELLY, Bucks County Sheriff; BUCKS COUNTY SHERIFFS DEPARTMENT;
BUCKS COUNTY DISTRICT ATTORNEY

*(Party Dismissed Pursuant to Court Order dated 02/13/18)
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. Civil No. 2-16-cv-06440)
District Judge: Honorable Legrome D. Davis
_____

On Remand from the Supreme Court of the United States
Submitted on Remand June 19, 2020

Before: SHWARTZ, ROTH and RENDELL, Circuit Judges
_____

JUDGMENT ORDER
_____

By opinion and judgment entered on June 20, 2019, this Court affirmed the judgment of the District Court. Appellant Bradley Beers filed a petition for writ of certiorari with the U.S. Supreme Court, which was granted. On May 18, 2020, the Supreme Court vacated the judgment of this Court and remanded with instructions to dismiss the case as moot. *See United States v. Munsingwear, Inc.*, 340 U. S. 36 (1950).

On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the appeal is dismissed as moot. The Clerk is directed to issue the mandate.

BY THE COURT:

s/ Jane R. Roth
Circuit Judge

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 25, 2020